UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

v.

SHAWN O'BOY,
                      Defendant.
------------------------------------------------------x

**ORDER**

16 CR 74-1 (VB)

    Having reviewed defendant Shawn O'Boy's request for early termination of supervised release dated August 16, 2020 (which the Court received on September 1, 2020, and will be separately docketed), consulted with Mr. O'Boy's probation officer, who has no objection to the request, and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. O'Boy's conduct and the interest of justice.

    Accordingly, supervised release is terminated, and defendant Shawn O'Boy is discharged therefrom, effective immediately.

    Chambers will mail a copy of this Order to defendant at the following address:

Shawn O'Boy
22 Albany Post Road
Newburgh, NY 10607

Dated: September 9, 2020
          White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge